MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
FAX: (503) 345-9372
e-mail: mas@schindlerdefends.com

ATTORNEY FOR DEFENDANT RYAN ANTHONY NEGRINELLI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br><br>RYAN ANTHONY NEGRINELLI,<br>Defendant(s). | Case No. 3:18-CR-00319-5-JO<br><br>**MOTION FOR ORDER ALLOWING MOTION FOR RELEASE TO BE FILED UNDER SEAL** |

Defendant, Ryan Negrinelli, moves the Court for an order allowing him to file his Motion for Pretrial Release under seal. The document and exhibits contain private information not appropriate for a public filing.

Respectfully submitted on April 5, 2019.

*s/Matthew Schindler*
Matthew A. Schindler, OSB#964190
Attorney for Ryan Negrinelli